**FULL NAME** Jose Manuel Andrade

**COMMITTED NAME (if different)**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION** High Desert Detention Center
9438 Commerce Way Adelanto Ca 92301

**PRISON NUMBER (if applicable)** BK: 2408300298


FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2025
CENTRAL DISTRICT OF CALIFORNIA
BY GSA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jose Manuel Andrade

PLAINTIFF,

v.

State of CA
San Bernardino Police Dpt.

DEFENDANT(S).

**CASE NUMBER** 5:25CV00082-JWH-RS
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? N/A

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _n/A_

   Defendants _N/A_

b. Court _N/A_

c. Docket or case number _N/A_
d. Name of judge to whom case was assigned _N/A_
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _N/A_
f. Issues raised: _N/A_

g. Approximate date of filing lawsuit: _N/A_
h. Approximate date of disposition _No Prior Case._

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _N/A_

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _N/A_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Jose Manuel Andrade_
(print plaintiff's name)
who presently resides at _High Desert Detention 9438 Commerce Way Adelanto CA 92301_
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Highland City Ca, San Bernardino County, USA_
(institution/city where violation occurred)

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                 Page 2 of 6

on (date or dates) __August 7 2024_____, _____, _____.
                        (Claim I)                  (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __San Bernardino Police Department.__ resides or works at
   (full name of first defendant)
   __710 N. D st San Bernardino CA 92401__
   (full address of first defendant)
   __Police officers; Highland city patrol; San Bernardino PD__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Department of Police in San Bernardino used excessive; Unwarranted force during apprehension, Violating Principles; Vacarious liability.__

2. Defendant __San Bernardino Police K9 unit__ resides or works at
   (full name of first defendant)
   __710 N. D st San Bernardino CA 92401__
   (full address of first defendant)
   __Police officers; Highland city Patrol; San Bernardino P.D.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __K9 unit officers of San Bernardino Police failed to control Dog force; negligence in animal control.__

3. Defendant __N/A__ resides or works at
   (full name of first defendant)
   __N/A__
   (full address of first defendant)
   __NA__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____N/A_____ resides or works at
   (full name of first defendant)
   _____N/A_____
   (full address of first defendant)
   _____N/A_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)
   _____N/A_____
   (full address of first defendant)
   _____N/A_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

1. 14th Ammendment; to be equally and rightfully protected, guaranteed by citizenship.
2. Suffering of negligence in failure to control animal in assistance of apprehension.
3. Excessive use of force by police unwarranted.
4. Violation of protocal practiced procedure; Police conduct
5. ~~~~ Discrimination of racial profile.
6. 4th ammendment protection from use of force unwarranted.
7. Battery on Person; Violating 8th Ammendment; Cruel and unusual punishment inflicted by agency.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. On or about August 7, Jose Manuel Andrade was pulled over for a traffic infraction. Andrade evaded as a wrongway driver out of duress and police fear of brutality in public for about 100 yds in distance.

2. Police Violated Andrades 14th Ammendment safety guarantee by handcuffing him after a peaceful surrender following verbal indication, then holding him down furthermore specifically to keep him in place to impose cruel punishment as retaliation by releasing the use of Animal assistance to inflict harm.

3. The violated negligent practice of protocal and procedure unwarranted led to traumatic response, provoking permanent tare of flesh, scarrings of the body, thus reaviring police to urgently transport Andrade to the hospital. Body cams support the claim of Violating Principles; Vicarrous liability

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

The 14th ammendment entitles; protection; treatment and equal opportunity remedies, ruling that Jose manuel andrade has the right to be accomodated under the Tort Claim, litigating constitutional compensation for civil rights being violated.
Thus, the trio of elements as fullows occured
   A) Buttery with scarring harm
   B) Assault by police without Justification, with intended infliction to cause harm.
   C) Harm causing traumatic emotional distress; resulting damage and the disturbances and development of
   • Restlesness  • loss of ability to work
   • Medical expenses  • emotional distress disorders
   • PTSD  • immobility from injuries
   • Public humiliation and degrating animal attack
   • Extensive pain and suffering • Permanent scarring/disfiguration future expensens for rehabilitation and therapy.
I, Jose M. Andrade beleive to be entitled to the releif of 3.5 million Dollars for Victimization of Police Brutality.

12/19/2024
(Date)

JOSE MAnuEl AndrAdE
(Signature of Plaintiff)



Jose Manuel Andrade
#2408300298
HIGH Desert Detention Center
Unit 5E.04
9438 Commerce Way
Adelanto CA 92301

* Confidential
LEGAL DOCUMENTATION

Att. to Pro Se Clerk
United States District Court
Central District of California
255 East Temple Street TS-13
Los Angeles, California 90012

