Steven C. Glickman, Esq. (State Bar No. 105436)
  scg@glickman-law.com
Nicole E. Hoikka, Esq. (State Bar No. 306324)
  neh@glickman-law.com
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
15233 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (310) 273-4040
Facsimile: (310) 273-0829

Attorneys for Plaintiff JOSE MANUEL ANDRADE

Aamir Raza, Esq. (State Bar No. 223530)
  araza@lbaclaw.com
**LAWRENCE BEACH ALLEN & CHOI, PC**
959 South Coast Drive, Suite 260
Costa Mesa, California 92626
Telephone: (714) 479-0180

Attorneys for Defendants CITY OF SAN BERARDINO, et al.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL ANDRADE,<br><br>　　　　　Plaintiff,<br>　　　v.<br><br>CITY OF SAN BERARDINO, et al.,<br><br>　　　　　Defendants. | Case No.: 5:25-cv-00082-JWH-MBK<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Judge:　　　Hon. John W. Holcomb |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff JOSE MANUEL ANDRADE ("Plaintiff"), and Defendants CITY OF SAN BERNARDINO; SAN BERNARDINO POLICE DEPARTMENT; CHIEF OF POLICE DARREN L. GOODMAN; OFFICER C. FORD; CORPORAL A.

1

**JOINT NOTICE OF CONDITIONAL SETTLEMENT**

1  CERRITOS; OFFICER M. GHILICI; SERGEANT J. SHANK; OFFICER B. KEIL;

2  OFFICER S. ALVAREZ; and OFFICER J. STEWART (collectively, "Defendants"),

3  through their undersigned counsel, hereby report that they have reached a

4  conditional settlement.

5        Defendants' counsel have advised Plaintiff's counsel that the settlement is

6  subject to approval by the City Council, which will likely be within 30 days, with 30

7  days thereafter necessary for the processing of the settlement funds draft. Once the

8  settlement has been finalized, a dismissal of this action will be submitted to the

9  Court.

10

11  DATED:  October 27, 2025        GLICKMAN & GLICKMAN,
                                    A LAW CORPORATION
12

13                                  By___*/s/ Steven C. Glickman*_____
                                        Steven C. Glickman
14                                      Attorneys for Plaintiff JOSE MANUEL
                                        ANDRADE
15

16

17  DATED:  October 27, 2025        LAWRENCE BEACH ALLEN & CHOI, PC

18
                                    By___*/s/ Aamir Raza*_____
19                                      Aamir Raza
                                        Attorneys for Defendants
20                                      CITY OF SAN BERNARDINO; SAN
                                        BERNARDINO POLICE DEPARTMENT;
21                                      CHIEF OF POLICE DARREN L. GOODMAN;
                                        OFFICER C. FORD; CORPORAL A.
22                                      CERRITOS; OFFICER M. GHILICI;
                                        SERGEANT J. SHANK; OFFICER B. KEIL;
23
                                        OFFICER S. ALVAREZ; and OFFICER J.
24                                      STEWART

25

26

27

28

                                    2
**JOINT NOTICE OF CONDITIONAL SETTLEMENT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Counsel for all parties and that I have obtained all counsel's authorization to affix their electronic signatures to this document.


Dated: October 27, 2025                    _/s/ Nicole E. Hoikka_
                                            Nicole E. Hoikka

3

**JOINT NOTICE OF CONDITIONAL SETTLEMENT**

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 15233 Ventura Boulevard, Suite 400, Sherman Oaks, California 91403.

On **October 27, 2025**, I served the foregoing documents described as: **JOINT NOTICE OF CONDITIONAL SETTLEMENT** on the interested parties in this action with the Clerk of Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court.

Executed on October 27, 2025, at Los Angeles, California.


*/s/ Nicole E. Hoikka*
Nicole E. Hoikka

**JOINT NOTICE OF CONDITIONAL SETTLEMENT**